## (October 23, 1958)

■ LOBO & CO. v. ANTONIO L. CONTRERAS.— Motion for stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before December 26, 1958, with notice of

argument for January 6, 1959. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Bastow, JJ.